

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-16-00050-CV

| | | |
|---|---|---|
| RICHARD SEIM AND LINDA SEIM, Appellants | § | On Appeal from the 141st District Court |
| | § | |
| v. | § | of Tarrant County (141-270531-14) |
| | § | November 8, 2018 |
| ALLSTATE TEXAS LLOYDS AND LISA SCOTT, Appellees | § | Opinion by Justice Walker |

## JUDGMENT ON REMAND

This appeal is on remand from the Texas Supreme Court. This court has again considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that appellants Richard Seim and Linda Seim shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Sue Walker
Justice Sue Walker